# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PAUL SEWELL, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | |
| ) | Civil Action No. 3:25-21 |
| MICHAEL UNDERWOOD, Warden, F.C.I. ) | Judge Nora Barry Fischer |
| LORETTO, ) | Magistrate Judge Keith Pesto |
| ) | |
| Respondent. ) | |

## **MEMORANDUM ORDER**

AND NOW, this 26th day of January, 2026, upon consideration of the Report and Recommendation filed by United States Magistrate Judge Keith A. Pesto on February 12, 2025, (Docket No. 13), recommending that the § 2241 habeas petition filed by Petitioner Paul Sewell against Michael Underwood be dismissed for lack of subject matter jurisdiction because he is attempting to bring a civil rights action complaining about prison conditions and prison staff opening his legal mail using a 2241 habeas petition form, Petitioner's objections which were timely filed within 14 days as directed by the Magistrate Judge, (Docket No. 17), this matter having been recently reassigned to the undersigned for prompt disposition, and upon independent review of the record and de novo consideration of the Magistrate Judge's Report and Recommendation, (Docket No. 13), which is ADOPTED as the opinion of this Court,

IT IS HEREBY ORDERED that Petitioner's Objections (Docket No. 17) are OVERRULED. To that end, consistent with U.S. Magistrate Judge Patricia L. Dodge's decision in *Sewell v. Underwood*, Civil A. No. 3:24-cv-82, Docket No. 24 (W.D. Pa. Aug. 28, 2025),

Petitioner's habeas claims asserting civil rights violations by prison officials are not cognizable in a habeas petition. *Id*. at 2 (citing *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971); *McGee v. Martinez*, 627 F.3d 933 (3d Cir. 2010) (quoting *Leamer v. Fauver*, 288 F.3d 532, 542 (3d Cir. 2002)). As in that case, the instant Petition asserts only an alleged interference with Petitioner's legal mail such that it must be dismissed for lack of subject matter jurisdiction and without prejudice to Petitioner's right to submit a properly filed civil complaint in a new action. *See also Cardona v. Bledsoe*, 681 F.3d 533 (3d Cir. 2012) (affirming dismissal for lack of subject matter jurisdiction a prison conditions complaint filed as a habeas petition.);

IT IS FURTHER ORDERED that the Petition (Docket No. 11) is DISMISSED, without prejudice to his bringing a properly filed civil complaint;

IT IS FURTHER ORDERED that the Clerk of Court shall mark this case CLOSED; and,

FINALLY, pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, Petitioner has thirty (30) days to file a notice of appeal as provided by Rule 3 of the Federal Rules of Appellate Procedure.

*s/Nora Barry Fischer*
Nora Barry Fischer
Senior U.S. District Judge

cc/ecf: Magistrate Judge Keith A. Pesto
cc:    Paul S. Sewell
       Reg. No. 66740-066
       F.C.I. Loretto
       P.O. Box 1000
       Cresson, PA 16630 (via first class mail)